MARGUERITE CLEMENT, Respondent, *v.* ALBERT MERKER, Appellant.

Argued October 2, 1946; decided October 18, 1946.

*Edward J. Grenier* for appellant.
*John J. Murphy* for respondent.

Judgments reversed, without costs, and plaintiff's motion for summary judgment denied upon the ground that the record submitted by both parties reveals a controversy involving issues of fact which should be tried (Rules Civ. Prac., rule 113; *Curry* v. *Mackenzie,* 239 N. Y. 271, 272.)   No opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Thacher, Dye and Fuld, JJ.